MCKENNEY & FROELICH
ATTORNEYS AT LAW
1360 PEACHTREE STREET
ONE MIDTOWN PLAZA, SUITE 910
ATLANTA, GEORGIA 30309
www.mckenneyfroelichlaw.com

WILLIAM J. MCKENNEY (GA & NY)
JEROME J. FROELICH, JR. (GA & N.J)

TELEPHONE
(404) 881 - 1111
FACSIMILE
(404) 881 - 8040

May 23, 2019

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> RE:   *United States v. Alexander Garkusha et al*
> *Case Number 15-cr-00381-RJD*

Dear Judge Dearie:

The following is a Sentencing Memorandum on behalf of Defendant Alexander Garkusha.

### Alexander Garkusha's Background

Defendant Alexander Garkusha (Alex) is fifty-one years old. He was born March 3rd, 1968 in Krasnodar, Russia. His mother, Anna Zakharovna Maistrenko, was born in the Ukraine, which at that time was part of the Soviet Union. She graduated college with a Master's Degree in Electrical Control and Instrumentation. However, she was never allowed to work in those professions because she was a Christian and the Soviet government did not allow Christians to work in her particular occupation or many other occupations. After her graduation, because she was Christian, she was assigned by the Soviet government to work as a laborer on a collective farm.

Alex's father, Dmitriy Konstantinovich Garkusha, was born in the Ukraine and also, because he was a Christian, was assigned to do manual labor on a collective farm. In 1949, at 20 years of age, Alex's father was prosecuted for being a Christian and was sentenced to 25 years in prison for refusing to denounce his Christian faith. He served 4 years in prison before being pardoned in 1953 after the death of the Joseph Stalin and the changing of the leadership in the Soviet Union. When released from prison he was again assigned to work as a laborer on a Soviet collective farm. On the collective farm he met and married Anna, Alex's mother. Alex's father had to work as a laborer on the farm his entire life in Russia and was always closely watched by the Soviet government because of his Christian beliefs. Alex's mother, Anna, was allowed to stop working as a laborer after the birth of her second child.

McKENNEY & FROELICH

Alex has three brothers and one sister. The oldest brother Joseph Garkusha, age 65, lives in Belorechensk, Russia. He has 2 children and has been married for 39 years. He is now retired after working as a bus driver for his entire career. Alex's brother Anatoly Garkusha, age 62, lives in Inman, South Carolina. He has been married for 37 years. He has 6 children, all grown and all are happily married. Anatoly works as a long haul truck driver. Alex's brother Vladimir Garkusha, age 59, lives in Vancouver, Washington, and has been married for 33 years. He has 2 children and works as an owner operator long haul truck driver. Alex's sister Natalia Bilik, age 56, lives in Ephrata, Pennsylvania. She has been married for 31 years. She has two children and works as a Nurse in a local hospital. Her husband works at a furniture manufacturing company.

Alex worked part time on the farm while he attended high school. In 1985 Alex graduated high school in the City of Belorechensk, Russia. After he graduated, because of his Christian faith, Alex was also assigned to work full time as a laborer on the collective farm where his father worked. A year later, Alex was selected to serve 2 years mandatory service in the Russian Navy on Caspian Sea in the city of Baku, Russia. While he was in the Navy, in July 1987, Alex's mother passed away from complications of her diabetes, which went untreated by the government. During his school years and his years of service in the Russian Navy, Alex was closely watched by the Soviet government because of his Christian faith.

In March 1990, because the Russian government did not want Christians in the country, Alex was allowed to immigrate to the United States as a religiously prosecuted refugee. He went to Portland, Oregon, where Alex's brother, Anatoly, had immigrated as a religious prosecuted refugee in 1976. In 1992, Alex's father, Dimitry, was also allowed to immigrate to Portland, Oregon as was the other members of his family.

In late 1990, immediately upon his arrival in the United States, Alex started working in Portland as a concrete foundations laborer. Later, because of his hard work and his ability to quickly learn the construction business, Alex became a project manager for the Green Gables Design and Restorations Company in Portland. In the job he oversaw the construction and renovation of homes. In 1995 Alex was hired as the project manager for MCM Construction.

In January 1992 Alex met his wife Tatyana Samarsky, through the Russian Christian Church in Portland, Oregon, where they both attended services. They were married on June 13. 1992. They have three children. Their daughter Enna, 25 years old, is a graduate of Georgia State University with a Masters Degree in Arts and Communications. She now operates her own very successful audio and video production company. Their son Benjamin, 15 years old, is attending West Forsyth High School. Their daughter Sophia, 10 years old, just graduated from Kelly Mill Elementary School.

In 1997 in Portland Alex started his own construction company, WFJ Custom Homes Inc., which specialized in building high quality single-family residential homes. Alex became an United States Citizen on April 27th, 2000.

In the spring of 2003 Alex moved his family to Atlanta, Georgia to join the World Changers Christian Church. In Atlanta, he met Arkadiy Dubovoy, through the Russian

McKenney & Froelich

Christian Church.  Mr. Dubovy offered Alex a job at Aqualair Luxury Bath Manufacturing and Distributing, which imported and sold bath tubs and hot tubs.  Over the next few years they developed a very close business relationship.  In 2004 the real estate market was booming in Atlanta, so, with Alex's background in building, he and Arkadiy became involved in the real estate development business.  Arkadiy owned APD Developers Inc., and he hired Alex as an Executive Vice President of the company.  The company bought land, developed the land and built residential communities in the Atlanta area.  They also did some work in Florida.

Alex now builds and restores single family homes in the Atlanta area.

### Alexander Garkusha's Charitable Work

Alex is a practicing Christian who attends North Point Community Church in Alpharetta, Georgia.  Alex is deeply involved in charity work in the Atlanta area.  He provides financial support to several charitable organizations, including Hands United, which helps the rehabilitation of young girls and boys who have been exploited by human traffickers.  He is also involved in several charitable organizations involved in improving lives of homeless children in the Ukraine; Ukraine Without Orphans, Ukrainian Family, and Ukrainska Rodyna.  Alex also contributes to New Life Church of Atlanta, which provides homes and education for homeless children in Zimbabwe, Africa.

### Offense Background

Alex first became aware of the offense in this case when he drove Arkady Dubovoy (Dubovoy) to a meeting at the Atlanta Airport, in approximately February 2010 where Dubovoy met with Vitaly Korchevsky (Korchevsky).  At the meeting Dubovoy told Korchevsky that he could get insider information about stocks before the information became public and he needed Korchevsky's expertise to execute trades on the stocks.  Alex was not aware of the purpose of the meeting until he heard Dubovoy tell Korchevsky about his plans.  On the way back from the meeting Dubovoy asked Alex if he wanted to be involved in the stock scheme, Alex declined and told Dubovoy that he should not become involved in the scheme.  Dubovoy did not heed Alexander's advice.  Several times over the next few years Dubovoy offered Alex the opportunity to become involved in the scheme but Alex declined.  Dubovoy also offered Alex to become part of an offshore hedge fund that Dubovoy and Korchevsky were setting up in the Bahamas to invest the profits from their insider trading scheme.  Alex declined.

Unfortunately, in January 2015, after Alex had lost considerable money in late 2014 in the stock market and he needed money, he accepted Dubovoy's offer to become involved in the scheme.  From approximately mid January 2015 to May 2015, Alex accepted insider information from Korchevsky and Alex traded on that information.  He did not pass the information on to others.  He did not do any trades for Dubovoy or Korchevsky nor was he involved in their trades.  As a result of his trades, Alex made a total of $136,463.00, but he also suffered losses from trading on the information.  Alex had a net profit of $37,000.00.

McKENNEY & FROELICH

## Acceptance of Responsibility

Alex was arrested on August 15, 2015 in Georgia. He has been released on bond since that time. Alexander has been under the supervision of the United States Probation Department in Atlanta for about four years. He has obeyed all the conditions of his bond. He has no prior criminal record.

On December 21, 2015, approximately ninety days after his arrest, Alex pled guilty to Count 1 of the Indictment. He has cooperated with the government. He was debriefed numerous times by government agents and prosecutors and, as the Court knows, testified as a government witness at the trial of his co-defendants, who were convicted.

## Letters of Support

As can be seen from the attached letters, Alex has strong support from his family and his friends.

1. Roman Rusev, a friend of Alex's
2. Aaron Minnifield, a friend of Alex's
3. Helen Samarsky, Alex's sister-in-law
4. Vitaly Batranchuk, church friend of Alex's
5. Nelya Wiebe, a family friend of Alex's
6. Anatoly Garkusha, Alex's oldest brother
7. Taras V. Kochno, MD, church friend of Alex's
8. Inna Gevorgyan, friend of Alex's
9. Rudi Gevorgyan, friend of Alex's
10. Sergy Lyubchik, friend of Alex's
11. Igor Melnichenko, Senior Pastor of Sarasota City Church, friend of Alex's
12. Olivia Winters, Niece of Alex's
13. Sean Clancy, friend of Alex's
14. Lily Lupekha, sister-in-law of Alex's

## A Sentence Appropriate to Alex's Participation in the Conspiracy

As the Pre Sentence Report finds, and the facts show, Alex played a minor role in this case. He rejected numerous opportunities to join the conspiracy and only joined for a short period of time, January 2015 to May 2015. He did not share the insider information with anyone nor did he participate in or facilitate his co-defendants' trades. He did nothing to help further the scheme. During that time Alex received the insider information he made a net profit of approximately $37,000.00.

Counsel would submit that based on the facts of this case Alex's guideline calculation should be a Base Level 7 plus 4, based on his $37,000.00 profit for an Offense Level total of 11. He should receive minus 2 Levels for acceptance of responsibility. This would give him a Total Offense Level of 9, which would be 4 to 10 months. This would be prior to any 5K1.1 motion filed by the government.

Counsel would submit that a sentence of one year probation would be appropriate in

– 4 –

McKenney & Froelich

this case, since Alex has been, in effect, on probation since August 15, 2015, a period of about four years.

Thank you for your consideration in this matter.

Respectfully submitted,

Jerome J. Froelich, Jr.
Attorney for Defendant Alexander Garkusha

JJF/apk

CC:   AUSA Julia Nestor
      AUSA David Gopstein
      United States Probation Officer Roberta Houlton
      Alexander Garkusha

Letter to the Honorable Judge Raymond J Dearie

Dear Honorable Judge Raymond J Dearie,

My name is Roman Rusev, I'm a graduate from Georgia State University and currently running a residential construction firm and IT companies. I have known Alex Garkusha since he moved to Atlanta in the beginning of 2000's

In the years that I have been interacting with Alex, I've learned a great deal of interpersonal skills and character traits that I've took to myself and benefited from since. Alex's character really resembles those very few people in my life that I put in a group of my role models, those I want to model after and learn from.

Mine and Alex's interaction started when he joined the same organization in which I was working in at the time, where I quickly learned from his character which lead to a good friendship as well.
I want to note that his working habits are something I took as an exemplary. I often learned from him on how important it is to come to the meetings on time and fully prepared.

Another great point about him was that he was very patient and had great interpersonal skills and able to handle pressure and client's issue resolutions very well. It was a pleasure to work with him and losing him few years ago during his arrest was very difficult.

On professional side I can keep writing more and more about his attributes, but his Personal Life qualities are so much better that I would like to write about them more. From observing his care for his children and wife, I can honestly say that it is an example not just for me but for many people around. I always think thought to myself, I have chosen myself a great friend that I can trust with business endeavors, because if he is such a committed character to his family and that type of individual, than he is likely to be the same in other areas of his life.

And so, it was, never once there was a crack in the trust or in something he would actually tell me and then done differently. I admire that, and I find it so rare these days to find people with such character.
In addition to that, he is also very friendly and welcoming to others. He always invites me and our mutual friends over his house, and he goes an extra mile to make sure that everyone in attendance are taken care of and are enjoying their time.

I could probably keep writing pages and pages long about the qualities of Alex's character, but one of the characteristics that will stand out when someone meets Alex, is his respect for people around. At any give time throughout me knowing Alex, he always illustrated an exemplary humble and respectful regard to everyone around regardless of their class and social standing – and that is so valuable and rare to see nowadays in our society.

As to this unfortunate case, I'm aware of the allegation against Alex and I trust that the Government of United States make just decisions about cases like these. I also believe that unlike the others, the US Government also considers and looks at the character of the person as well, taking into account the life of a person and his surroundings when arriving and decisions, so I hope that this letter shines some light on my personal experience with Alex Garkusha and brings to light very few of so many exemplary characteristics of his daily life.

I respect the decisions that US Government take in its Justice system, and any decision that will be made I trust would be well weighted and thought though, I just ask that you consider his great character when arriving at your decisions with respect to his case.

I also truly believe that now Alex has a full realization of what was done wrong and I stand by him in that he is trustworthy and that through these experiences with indictment and so on – he has addressed and realized the lesson indented to be learned. I believe he can be trusted forward.

Sincerely,

Roman Rusev
4187 Wieuca Road NE
Atlanta, GA 30342
rrusev@uslegacyco.com
1 (404) 451-8453

Aaron Minnifield

April 24, 2019

To The Honorable Judge Raymond J. Dearie:

I am writing this character reference in support of my friend Alex Garkusha with the hope that I can provide you with some insight into the person that I call my brother. I met Alex 15 years ago when he hired me to assist him with a real estate transaction. In our business dealings, he has always conducted himself with integrity and with a yesteryear sense of dignity which is the reason why we became fast friends. When he gives his word it always remains true to form which is a rarity in our business. His handshake is as good as any contract. Alex is a good person with a great sense of humor who understands the meaning of friendship, generosity and compassion. I know because as his friend I have been the recipient of all three. We have celebrated with each other during the good times and he has stood by me without judgement through the lean times. So today, I will do no less than he would do for me, I'm standing with him.

Alex has worked diligently his entire life to provide a stable, loving environment for his family. You will not find a man that is more dedicated to his family. While it is unfortunate that he committed a crime, I know that he is genuinely remorseful for his actions and regrets the shame and the pain that he has inflicted upon his family. I also know that he will spend the remainder of his life making it up to them. Given your many years as a judge, I am certain that you've gained an intuition for those who are sincerely remorseful and are deserving of your consideration. I assure you that my brother Alex is deserving of your leniency and would be appreciative of your clemency. I pray that prior to his sentencing that you reflect on his life prior to the crime and not let this one incident define a life that has brought so much joy to his family and friends. I am pleading with you to utilize the wisdom that you've earned through your years of sitting on the bench and show my friend the mercy that only you can grant. It is my hope that you take this letter into consideration, this is about a mistake, it's not about character, Alex has character in abundance. If granted leniency, I am certain that you will never regret it. Alex will pay your kindness forward by living the remainder of his life as a law abiding citizen, loving his family and friends, and continuing to be a hard working business man with integrity.

Sincerely,

*Aaron Minnifield*

520 Tall Timbers Road, Glastonbury CT 06033     860-573-7459     aaron.minnifield@gmail.com

4/23/2019

To The Honorable Judge
Raymond J Dearie

Alex Garkusha is my brother in law and has been in my life for over 25 years. He married my sister when I was 4 years old. He is as much of a brother to me as my own biological brother and a cornerstone of my family. He is a great example of a loving father and husband. He is a wise friend you can rely on and a beacon of light through hard times.

When I learned of the situation that Alex is currently in several years ago, it was very hard to believe. I know this goes for anyone that knows Alex. These actions are extremely out of character for him as most know him as the honest, hardworking, courageous person that he is. In speaking to Alex about his actions, it is evident that this situation has been and will be the biggest regret of his life. I have emotionally supported Alex and his family to the best of my ability since day one and will continue to stand by him.

Alex has a huge heart for people and offers his time and energy to those in need. The hospitality that he has shown my family and myself is heads and shoulders beyond the norm. During difficult times, he happily allowed my mother, father, bother, and myself to live in his home for 6 months until my parents were able to get back on their feet. When I think of Alex, the first thing that comes to mind is that he is a loving and caring father. His relationship with his eldest daughter, my good friend, is one that many could aspire to. He is there for her emotionally, inspires her to continue growing, has fostered a beautiful friendship with her, has been the biggest proponent of her earning her education, and has inspired her to be the best member of society and to give back as much as she can.

Alex is regretful of the situation that he is in currently. I know that he is repentant of his actions as he often expresses remorse. He desperately wants to move on with his life, propel it forward from his wrong and humiliating actions, and continue rebuilding honor and trust with his family and the community. I can say with total confidence that to send Alex to jail would be detrimental to his family, my entire family, and his community. Alex uplifts all that are around him, he inspires people to be better and to do better. He has beautiful family, young adolescent aged children, which need their father to instill love and value in them by being with them. Alex has made a huge mistake for which he will have to live with and be humbled by for the rest of his life. This dark smudge to his reputation and conscience, I believe, is the greatest punishment. However, Alex is a great man, not a perfect one, and will not allow himself to be defined by his mistake. I know that no matter where he is, his strength and love for life will persevere and he will continue to be the great man that myself, my family, his family and his friends know him to be. Because that is who Alex is.

Respectfully Yours,

Helen Samarsky
1261 NW Overton St Apt 411
Portland, CR 97209
360-609-9521

Honorable Judge Raymond J. Gearie

May 12, 2019

Re: Alex Garkusha

I have krown Alex for over 31 years.
We initially met in a church in 1988 and became friends.
Alex has been a good friend and our families enjoy spending time together.

As a guest at their home we have experienced their outstanding hospitality.
We love coming to visit their home. Their family is a great host, loving to serve
from the heart.

I have observed Alex in a variety of situations, and he had shown himself to be a
true role model to his children and other people around him, with high standards
and achievements in his own life. He has a delightful personality, and I have
observed his positive and uplifting interaction with many people over the years.
Alex is a genuine person, caring and generous, who never misses an opportunity to
serve others in need.

We have attended the same church in Portland, Oregon for a period of 8 years
until Alex has moved his family to Atlanta, Georgia.
As a min ster of our church, Alex was always warm, kind and considerate.
He took the time to listen and truly care about each individual and their well-being.
I have witnessed him display exceptional compassion.

Alex and I also worked together in the construction industry in Portland, Oregon.
His integrity and determination to do quality work helped make his business
successful.

I am blessed to be a friend of Alex.

Vitally Batranchuk
vitallyb1@msn.com
971-373-1022

April 23, 2019


Nelya Wiebe
4490 Colchester Creek Drive
Cumming, GA 30040


RE: Alexander Garkusha


To: The Honorable Judge Raymond J Dearie:

Alexander Garkusha has been a family friend for many years.  I was both troubled and surprised to hear about his case, as he was always an honorable man.  It is one of the reasons why I am happy to write a letter of reference for Alexander Garkusha.  I understand this is a serious issue and hope the court will show some leniency.

Alexander Garkusha has always been a very kind, generous and hardworking person.  I recently moved to Georgia from Oregon. He helped me find my first home and was there every step of the way. He helped me with the remodel of my home prior to me moving in. He was there daily to make sure everything went smoothly.  Im a single mom with two kids and Im forever grateful for him.  I couldn't have done it without him.

It is my sincere hope that the court take his character into consideration.  We all make mistakes.  I still believe Alex Garkusha to be an honorable individual and a good human being.


Sincerely,

*Nelya Wiebe*

Nelya Wiebe

May 4, 2019

To The Honorable Judge Raymond J Dearie:

My name is Anatoly Garkusha and I have known Alex Garkusha since birth as it so happens that he is my youngest brother. At the age of 15, I moved away to go to college. Alex was four years old at that time. Upon my visits home, I was always amazed at his development and intelligence. His insatiable desire for knowledge, diligence in all things, ability to communicate with other students at school and later at the work place have always set him apart. He was one others were drawn to whether it was related to academic studies, business or just plain fun.

Later in life, once we had families of our own, I observed Alex to be very loyal and faithful to his family, his friends and his church as well as honest and fair with his business partners and associates.

During the course of my life of 62 years, I have worked in multiple fields and have met and come across many people. I quickly learned that there are some that stand out from the rest for their great qualities and abilities. Alex is one of those people. He is well known for his intelligence, positive attitude, honesty, work ethics, leadership and integrity. It is a genuine pleasure and honor for me to provide this character reference as he is one of those individuals that one wants to work for and associate with whether business or pleasure. Although I am his older brother, I have learned from him on many occasions and situations in my life. Alex is the first to admit fault, learn from his mistakes, compose himself and move forward when circumstances and situations arise.

I am grateful to be Alex's older brother and friend. I am most confident that he will never stop learning. His desire and consistent efforts in personal advancement and betterment is and will keep being an asset to the community.

Respectfully,

Anatoly Garkusha

Anatoly Garkusha

704 Bankston Dr

Boiling Springs, SC 29316

(864)237-2630



**Sports Medicine & Rehabilitation** INTERNATIONAL

3825 26th Street West, Bradenton, FL 34205

P: **941 755-8819**  |  F: **941 755-8875**

**www.DrKochno.com**

April 23, 2019

RE: Alex Garkusha

Dear Honorable Judge Raymond J. Dearie,

I am writing this letter in support of Alex Garkusha for a reference of his character.

I was introduced to Alex by the Ukrainian Church community fifteen years ago. Alex had left Ukraine to follow his strong religious belief in the Pentecostal ministries which is a very small minority within the more dominant Orthodox and Catholic communities of Ukraine. He followed his other native Ukrainian Pentecostal believers to the United States where he remains very active and supportive of these ministries. His extended family and close friends have become ministers and organized new centers of worship throughout the United States.

Alex is married to Tatiana, who he met within his Pentecostal ministries and they have three wonderful children, who, as well are active in this religious group. They, as a family, are a model of what our society lacks. They are true to their faith and have been well respected in their communities. Their lives have been without blemish and admired by all who knew them.

Alex has had to work hard as he came to this country with broken English and minimal licensed skills to earn a living which would support his new family and his immediate family, his siblings and mother. Alex started by driving trucks at night, taking any shift at any opportunity to earn an income. As his English improved, he entered the building trade, applying himself to learn all aspects of home building and remodeling. He relocated from the West Coast to Atlanta where he was closer to his immediate family and in contact with more affluent former Ukrainian citizens that had established businesses in the Atlanta region.

Through his strong reputation as an honest, hardworking individual, he was offered opportunities within the more affluent local businesses, where he worked his way upward towards a position of responsibility, representing these groups in financial funding and marketing. These relationships grew in trust and as a result, they embraced him and his family and provided him opportunities to increase his income. Alex, in response, worked harder and became very efficient and effective in all positions and situations presented.

I have spent time with Alex at his home, stayed many nights as a guest, traveled with him to Europe and Ukraine and have recognized the goodness in his spirit of trying to help and work hard with integrity. I have not known any situation where Alex took upon himself to take advantage of a situation which he did not have permission or approval.

Page 2

Re: Alex Garkusha

Alex remains the same as I knew him over fifteen years ago. Faithful to his religious beliefs, his family, his friends and his community. Alex has had remorse about his present situation of benefiting from information which he was presented to earn a supplemental income. Throughout this legal process, Alex has become a stronger believer in his faith and has given assurance to those he knows that his path is now narrower and straighter than it ever was. Alex has not changed in his inner soul or spirit but is now more aware of the very strong temptations of materialism.

I know many individuals, but Alex is unique in his positive qualities of honesty, integrity, willingness to help and work hard. He is a model husband and family man.

I hope that this legal situation would be resolved so that Alex can more forward and continue to be a beacon of light within our communities.

Should you or anyone require more information regarding my opinions of Alex Garkusha, you can reach me directly on my cell (941) 713-3292.

Respectfully Submitted,

Taras V. Kochno, MD

04.18. 2019

Inna Gevorgyan
12640 Hearthstone, Way
Alpharetta, GA 30009

To The Honorable Judge Raymond J Dearie:

My name is Inna Gevorgyan, I'm 37 years old. I have known Alex Garkusha for 20 years. He is a person with big heart. He is very friendly, very loyal, and very giving. I have witnessed a lot of good deeds that he has done to other people and me in particular.

My husband and I moved to Atlanta from Vancouver, WA in 2012. We were very broke financially. In 2008 we lost a lot of money in property business. We were very close to file a second bankruptcy. Alex Garkusha invited us to live in one of his properties he built, located in 140 Lullwater Ct, Roswell GA. We lived in his house at no cost for 2 years. He helped us out with the moving process to Atlanta. He took our family out for dinners to restaurants. He welcomed us as if we were his family. We are forever grateful!

My list would go on and on with good things that he has done, but there is one more that I just can't keep quiet about. In May, 2016 we were in the process of purchasing our home and we find out on the day of closing that bank denied us for second mortgage. Our builder gave us three days to close, or our house will go back on market. Despite of all the problems Alex Garkusha had himself during that time he was still helping. He loaned us money so we can close and not lose our house.  He was going through so much stress himself not knowing where his life takes him and even then he helped. Thank you Alex Garkusha!!!

Throughout life I met a lot of people, but not a lot of people can make you feel good about yourself and are willing to go extra mile for you and help you out in life.


Thank you.



Inna Gevorgyan.

April 18, 2019

Rudi Gevorgyan
12640 Hearthstone Way
Alpharetta, GA 30009

To The Honorable Judge Raymond J Dearie:

It's my pleasure to offer my unreserved recommendation for Alex Garkusha.
I've known Alex for over 20 years, we met at church in Portland, Oregon. From the first moment,
I felt and realized his big and open heart towards people and humanity. Instantly we became
friends. I always learn from him, since he was a great example to me how to become a better
person in all aspect of life and be more open towards people needs. All the people in the church
and around just adored him for his pure open and loving heart.
I witnessed pretty often how he gives and sacrificed his time and money for the sake of others.

My family and I moved to Atlanta, GA in 2012. It was one of the stiff and rough periods in my
life, lost my business during the real estate crashes, broked inside and out, moving to a different
city with two kids and my wife. And ones again Alex helped me and support me without any
self-interest…

When I heard the news that he was arrested, my heart cried loudly why him, I felt so sorry for
this guy, but I guess no one in this life insured against mistakes. We have to be conscious alert
and careful what we do. Every time we meet he feels very sorry for what has been done…

I hope that this letter will be taken into account and will soften the sentence of this amazing
person, loving husband, caring dad, and great human being.

Sincerely,

Rudi Gevorgyan
Email: rugevo@gmail.com
Phone: 678-672-0171

April 20th, 2019

Judge Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Alex Garkusha

To the Honorable Judge Raymond J. Dearie;

My name is Sergy Lyubchik, I'm a Project Manager at Rekreate Hospitality LLC. I have known Alex for over 20 years. First time I have met Alex was at my church in Portland, I was most impressed with his generosity and willingness to help people in his community. His passion for life and kindness towards others made him a good friend of many people, and myself. I could call Alex anytime and discuss any issues about personal life, philosophy, and share ideas about work. Alex would always offer encouragement, support and objective opinions. I consider Alex a wise and intelligent man with great ambition to help others. Alex has a selfless personality, he would always strive for happiness to achieve success, which he would always share with others. Alex would always invite his neighbors and people from his community to celebrate holidays and family events.

Last year of 2018 my sister Nelya, a single mother of two kids moved to Atlanta for her work, without knowing many people there. Alex was there to volunteer his time and a provide assistance with purchasing and renovation of her new home. He has offered his help to many people and never asked for anything in return.

As long as I known Alex, he's never been in trouble with the law, and always shown exemplary behaviour. It was heartbreaking to hear about his situation, and I sincerely believe that Alex is and will continue to be a respected and honored in his community. Alex without his community is like having "Ferrari without fuel" or "Frank Sinatra with a cold".

Respectfully,

Sergy Lyubchik
5712 SE Liebe St.
Portland, OR 97206
971-533-2011



SARASOTACITYCHURCH

April 25, 2019

To The Honorable Judge Raymond J. Dearie:

My name is Igor Melnichenko and I am the senior pastor of Sarasota City Church. Through mutual relationships I have known Alexander Garkusha for over 20 years. I am writing this letter to testify to the transformation I have witnessed in his life these last several years. I've spent many hours conversing with him and have heard him express deep remorse and understanding of his wrongdoing. I know that today he is living to prove that every person deserves a second chance.

Alexander is a committed husband and loving father to three children. As the owner of a real estate development company called Aramount Luxury Homes, LLC, he works very hard to provide a comfortable living for them and is an example to many friends and family that the United States is truly a land of opportunity. As a person who is very much the center of attention during social and family gatherings, Alexander is vocal about what he learned from his mistakes, and hopes that his example will steer many people to make the right choices.

Alexander is a generous donor to the Georgia-based nonprofit organization called Hands United. This organization works with human trafficking victims to provide physical, psychological and sociological healing. Alexander is actively involved in the housing program by offering real estate consulting and participating in fundraising and outreach events. He is very passionate about this cause and hopes to do more to help these victims.

During my years as a pastor I have met and counseled many people. I've witnessed how some people do not appreciate the second chances that God offers to them and they return to their previous lifestyle. This is not the case with Alexander. I genuinely believe he understands his wrongdoing and plans to live his life making a positive difference in the lives of his loved ones and the community as a whole.  I respectfully and sincerely recommend that Alexander be given the chance to do so.

Sincerely,

Igor Melnichenko
Pastor of SCC

**SARASOTA CITY CHURCH 3939 WEBBER STREET SARASOTA, FL 34232 PHONE (941) 586-2233**
**ADMIN@SARASOTACITYCHURCH.COM**

April 18th, 2019

To The Honorable Judge Raymond J Dearie:

It is with great respect and admiration that I write this letter. Alexander Garkusha is a man I'm proud to call my uncle. Not only are we bound by blood, but he has been a role model to myself in many aspects.

He is a person that is passionate about anything he does and has a great ability to connect with people. His determination, effort and strive along a positive attitude and love of life as well as a kind and generous heart, are something to be desired. His love for family is most important and is evident in his day to day interactions.

The events that have lead to these illegal circumstances have caused immense remorse and distress for any and all involvement that has or may have transpired on his behalf. He is looking forward to and is hopeful in having this matter resolved.

Thank you for your consideration.

Truly Yours,

Olivia Winters
3326 NW 47th Dr
Camas, WA 98607

05/14/2019


To The Honorable Judge Raymond J Dearie


I have known Alex Garkusha for 7 years - since spring 2012. Alex is an extremely kind, loving, exemplary father, husband and brother. He is a pillar in his local community, known for his legendary warmth, character and generosity. He is humble enough to own a mistake, wise enough to learn from it, and has the integrity to live the rest of his life as an example to his family he loves so much.

Alex is deeply involved with his children's school and activities, his large local family in the Southeast, and his extended family in Vancouver, Washington.

Nothing means more to Alex than being close to his family and leading by example. He is the definition of the "American Dream", and is someone his family, community and I deeply respect.


Respectfully,


Sean Clancy
44 Krog St #304
Atlanta, GA 30307
714-948-0606

Lily Lupekla
6309 NE 38th Street
Vancouver, WA  98661


May1, 2019


RE: Alexander Garkusha


To The Honorable Judge Raymond J. Dearie

I am writing to you on behalf of Alexander Garkusha.  I have known Alex for over twenty-seven years, ever since he married my older sister Tatyana.  Throughout these years, he has been a great husband to my sister and an amazing father to his children.  He is also an awesome friend to my family and me.  He has never failed to show love, kindness, and respect to those who surround him.

I was alarmed, distressed, and surprised at the same time to hear about this case.  Alex always been a solid, honest, trustworthy, and diligent person.  Alex's actions in this case do not demonstrate his true character and are way below his personal standards.  Since I know Alex for a long time, I have never seen him intentionally do anything that would jeopardize his personal and business relationships.  Over our conversations, he repetitively expressed the remorse and shame for making this mistake and verbalized it will never happen again.  It is why I'm gladly writing this letter in hope that you will show some leniency.

Alex is one of those people who has a heart of gold.  Countless times in the period of my struggles he has offered support, both social and financial.  When I came to Georgia and was looking for a place to live, he offered a shelter until I was able to live on my own.  I'm grateful for his generosity to my family, especially for my retired parents, whom Alex supports with a housing.  In any time of need, Alex is always first to offer his help.

Thank you, Your Honor, for considering this letter when you collaborate on appropriate sentencing.  My family I are ready to offer our full support as Alex may require.

Respectively,


Lily Lupekha